UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NELSON GAMBLE & ASSOCIATES LLC, also d/b/a Nelson Gamble & Associates, P.C. and Nelson Parker Gamble & Banks, LLP; JACKSON HUNTER MORRIS & KNIGHT LLP; BLACKROCK PROFESSIONAL CORPORATION; MEKHIA CAPITAL, LLC; and JEREMY R. NELSON,<br><br>Defendants. | Case No. SACV12 - 1504 JST (JPRx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO TEMPORARILY SEAL CASE FILE<br><br>(LODGED UNDER SEAL) |



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 10 2012
CENTRAL DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

In accordance with Local Rule 79-5.1, plaintiff, the Federal Trade Commission ("FTC"), has applied for an order sealing the entire docket and all pleadings in the above-captioned case. Upon consideration of plaintiff's *ex parte* application to temporarily seal the case file ("Seal Application"), as well as plaintiff's *ex parte* application for a temporary restraining order ("TRO Application") and related pleadings, this Court finds good cause to seal the docket and case file in this case, and hereby GRANTS plaintiff's Seal Application.

**IT IS THEREFORE ORDERED** that the docket in the above-captioned matter be sealed, and that plaintiff's complaint, plaintiff's TRO Application, and all other papers in the above-captioned matter be filed under seal.

**IT IS FURTHER ORDERED** that while the case file remains sealed, this Court's clerk shall make <u>no</u> notation of the aforementioned materials on the docket, the public record or PACER system, and this Court's clerk <u>shall not</u> send any notice of the aforementioned materials to counsel of record.

1

**IT IS FURTHER ORDERED** that, unless otherwise ordered or provided, the seal entered by this order shall dissolve at 5:00 p.m. on September 12, 2012. At that time, the seal shall automatically be lifted by the Clerk of Court without motion by the FTC or further order by the Court.

This Order shall not be construed to prohibit service or other disclosure by the FTC, or those acting at the FTC's direction, of the *Ex Parte* Temporary Restraining Order and Order to Show Cause, and any papers filed in support thereof to: (1) the parties; (2) non-party financial institutions that may be holding Defendants' assets; or (3) any domestic or foreign law enforcement agency.

**SO ORDERED**, this 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE

2