UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

NELSON GAMBLE & ASSOCIATES LLC, also d/b/a Nelson Gamble & Associates, P.C. and Nelson Parker Gamble & Banks, LLP; JACKSON HUNTER MORRIS & KNIGHT LLP; BLACKROCK PROFESSIONAL CORPORATION; MEKHIA CAPITAL, LLC; and JEREMY R. NELSON,

Defendants.

Case No. SACV12-1504 JST (JPRx)

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO EXCEED PAGE LIMIT

(LODGED UNDER SEAL)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 1 0 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Plaintiff, the Federal Trade Commission ("FTC"), has applied for an order granting leave to file its Memorandum in Support of Plaintiff's *Ex Parte* Application for Temporary Restraining Order With an Asset Freeze and Other Equitable Relief, and Order to Show Cause Why a Preliminary Injunction Should Not Issue ("Memorandum") in excess of the 25-page limit specified by Local Rule 11-6. Upon consideration of the FTC's application, this Court hereby GRANTS plaintiff's application to exceed the page limit.

**IT IS THEREFORE ORDERED** that the FTC's application to exceed the page limit is hereby granted and its Memorandum is accepted for filing and will be considered in its entirety by this Court in determining the FTC's *ex parte* application for a temporary restraining order, ancillary equitable relief, and order to show cause why a preliminary injunction should not issue.

**SO ORDERED**, this 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE